**Hasty HARDY, Plaintiff in Error, v. STATE of Florida, Defendant in Error.**

Supreme Court of Florida.

Jan. Term, 1936.

Purl G. Adams, of Crestview, for plaintiff in error.

Cary D. Landis, Atty. Gen., and Roy Campbell, Asst. Atty. Gen., for the State.

PER CURIAM.

Writ of error dismissed on motion of the Attorney General.